UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
STACEY MERCER,

                    Plaintiff,

      - against -

JERICHO HOTELS, LLC,

                  Defendant.
----------------------------------------------------------X

19-CV-5604 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      On November 18, 2019, I entered an order granting Plaintiff limited discovery regarding subject matter jurisdiction in this case, and directed Plaintiff to file any opposition to Defendant's motion to dismiss after receiving said discovery. (Doc. 17.) To date, Plaintiff has not filed any opposition. Accordingly, it is hereby:

      ORDERED that Plaintiff shall file a status update no later than January 13, 2020, apprising the Court of the status of discovery and any anticipated opposition memorandum.

SO ORDERED.

Dated: January 8, 2020
       New York, New York

_____
Vernon S. Broderick
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2020